

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00065-CV

_____

IN RE:   TED EUGENE SLANKER, JR.

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Ted Eugene Slanker, Jr., Relator, filed a petition for writ of mandamus asking this Court to grant him relief from an order signed June 11, 2013, by the County Court at Law of Lamar County directing him to pay $3,000.00 per month in spousal support and $10,000.00 to opposing counsel for attorney's fees, expenses, and mediation fees in the underlying divorce and property proceeding. Along with that petition, Slanker also filed a motion for temporary relief requesting that this Court stay enforcement of the order pending decision on the mandamus. This Court granted the motion and stayed the trial court's order.

In the months following the stay, the parties to the underlying divorce and property dispute reached a settlement of the issues raised by the mandamus action. As a result, Slanker no longer wishes to prosecute the petition for writ of mandamus. Accordingly, the mandamus is moot.

We dismiss this petition for writ of mandamus as moot.

Jack Carter
Justice

Date Submitted:     November 5, 2013
Date Decided:       November 6, 2013

2